**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NAJAH PAYNE,<br>   Plaintiff<br><br>vs.<br><br>PENNSYLVANIA STATE POLICE, CITY OF PHILADELPHIA, JOHN DOE #1 PENNSYLVANIA STATE TROOPER and JOHN DOE #2-3 PHILADELPHIA POLICE OFFICERS,<br>   Defendants | :<br>:<br>:<br>:  No.:  2:24-CV-02261<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Plaintiff, NAJAH PAYNE, hereby notices the dismissal of the instant action, WITHOUT PREJUDICE pursuant to F.R.C.P. 41(a)(1)(A)(i). Plaintiff has dismissed no prior federal or state court action based on, or including the same claims.

          Respectfully submitted,

          **STAMPONE O'BRIEN DILSHEIMER HOLLOWAY**

     BY:  */s/ Kevin P. O'Brien*
          KEVIN P. O'BRIEN, ESQUIRE
          BROCK ATKINS, ESQUIRE
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing documents has been served on all via the ECF System of the United District Court for the Eastern District of Pennsylvania.

Dated: 6/6/2024

/s/
KEVIN P. O'BRIEN, ESQUIRE